IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 18-cv-3162-WJM-KMT

MARY LEE KAHLER,

    Plaintiff,

v.

WALMART INC.,

    Defendant.

## APPOINTMENT ORDER

This matter is before the Court on *pro se* Plaintiff Mary Lee Kahler's ("Plaintiff") Motion for Appointment of Counsel. (ECF No. 52.) The Court having considered the Motion and being fulling advised hereby ORDERS as follows:

Plaintiff's Motion for Appointment of Counsel (ECF No. 52) is GRANTED. In accordance with Rule 15 of the Attorney Rules for the District of Colorado, "Attorney *Pro Bono* Representation," the Court hereby determines that Plaintiff merits appointment of counsel drawn from the Civil *Pro Bono* Panel. The Court is satisfied that the following factors and considerations have been met:

> (i) the nature and complexity of the action;
> (ii) the potential merit of the claims . . . of the unrepresented party;
> (iii) the demonstrated inability of the unrepresented party to retain an attorney by other means; and
> (iv) the degree to which the interests of justice, including the benefits to the court, will be served by appointment of counsel.

D.C.COLO.LAttyR 15(f)(1)(B).

Accordingly, it is ORDERED that the Clerk of the Court shall select, notify, and appoint a member of the Panel to represent Plaintiff in this matter. *See* D.C.COLO.LAttyR 15(f)(2). Plaintiff is advised that **there is no guarantee that Panel members will undertake representation** in every case selected as part of the Civil *Pro Bono* Program. Plaintiff is further cautioned that, until appointed counsel enters an appearance, Plaintiff will continue to be responsible for all scheduled matters, including hearings, depositions, motions, and trial, and must follow the Court's procedures and rules accordingly.

In light of this Order, the Court further ORDERS that Plaintiff's deadline to file a Motion for Leave to File a revised Second Amended Complaint is extended to no later than **November 15, 2019**. (*See* ECF No. 51 at 24.) Plaintiff is again warned that the Court will not consider a request in such a motion to amend her claims against Jonna Leggitt, or to amend her wrongful termination claim against Defendant Walmart, as those claims have already been dismissed with prejudice. (*Id.*; *see generally* ECF No. 51.)

Dated this 4th day of September, 2019.

BY THE COURT:

_____
William J. Martínez
United States District Judge